# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CERTAINTEED CORPORATION | : | |
| Plaintiff, | : | No. 2:17-cv-04007-CDJ |
| v. | : | |
| RAVAGO AMERICAS LLC, | : | |
| Defendant. | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff CertainTeed Corporation hereby voluntarily dismisses the above-captioned action, without prejudice.

Dated: October 16, 2017                Respectfully Submitted,

*/s/Robert L. Hickok*
Robert L. Hickok (PA 30101)
Alexander L. Harris (PA 311382)
PEPPER HAMILTON LLP
Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pa. 19103
t: (215) 981-4000
f: (215) 981-1750
hickokr@pepperlaw.com
harrisa@pepperlaw.com

*Attorneys for Plaintiff CertainTeed Corporation*

## CERTIFICATE OF SERVICE

    I, Alexander L. Harris, hereby certify that on October 16, 2017 a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was served via ECF and U.S. Mail upon the following:

    Edward J. Kelbon, Jr.
    Reger, Rizzo, Damall LLP
    Cira Center, 13th Floor
    2929 Arch Street
    Philadelphia, PA 19104


    */s/Alexander L. Harris*
    Alexander L. Harris